| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>LAVERY & SIRKIS, ESQUIRES<br>Joan Sirkis Lavery, Esq.<br>699 Washington Street, Suite 103<br>Hackettstown, NJ  07840<br>(908) 850-6161<br>I.D. #JL4841<br>Attorney for Debtor | Order Filed on March 3, 2015<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Michael Dippel | Case No.:   12-39556<br><br>Adv. No.: 13-01511<br><br>Hearing Date:<br><br>Judge:  Christine M. Gravelle |

## ORDER TO REOPEN ~~AND VACATE DEFAULT JUDGMENT IN THE ADVERSARY CASE~~

The relief set forth on the following page is hereby ORDERED




**DATED: March 3, 2015**

*/s/ Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

LAVERY & SIRKIS, ESQUIRES
699 Washington Street, Suite 103
Hackettstown, NJ 07840
(908) 850-6161
Joan Sirkis Lavery, Esq.
ID#JL4841
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
| | : | |
| Michael Dippel, | : | CASE #12-39556/CMG |
| | | ADVERSARY Case#13-01511 |
| | : | |
| Debtors. | : | ORDER TO REOPEN ~~AND VACATE DEFAULT~~ |
| | : | ~~JUDGMENT IN THE ADVERSARY CASE~~ |
| | : | HEARING DATE: |

THIS MATTER having been opened to the Court by Joan Sirkis Lavery, Esquire, attorney for the debtor, Michael Dippel; and the Court having reviewed the pleadings, and for good cause shown;

ORDERED as follows:

The above-captioned Chapter 7 case ordered that the order to reopen case ~~to vacate default judgment~~ in this adversary proceeding.